UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SKANDAPRIYA GANESAN,<br><br>          Plaintiff,<br>  v.<br><br>GMAC MORTGAGE, LLC, et al.,<br><br>          Defendants.<br>_____/ | No. C 12-1935 MEJ<br><br>**ORDER STAYING CASE** |

On June 12, 2012, Defendant GMAC Mortgage LLC filed a Notice of Bankruptcy and Effect of Automatic Stay. Dkt. No. 4. Plaintiff Skandapriya Ganesan subsequently filed a response in which Plaintiff claimed that the bankruptcy proceedings are not applicable to this case. Dkt. No. 5. GMAC has filed a response. Dkt. No. 7. Upon review of the parties' filings, it appears that the bankruptcy proceedings have the effect of staying this case. Accordingly, unless Plaintiff is able to present a court order that specifically refers to this case and permits it to go forward, the above-captioned case is hereby STAYED pending resolution of the bankruptcy proceedings. As the case will remain pending on the Court's active case list, the parties are ORDERED to file a joint status report every six months.

**IT IS SO ORDERED.**

Dated: July 2, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge