Michael Yesk (SB#130056)
70 Doray Drive, Suite 16
Pleasant Hill, CA 94523
925-849-5525
yesklaw@gmail.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKANDAPRIYA GANESAN,<br><br>             Plaintiff,<br><br>     vs.<br><br>GMAC MORTGAGE, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WELLS FARGO BANK, N.A., INCLUSIVE,<br><br>             Defendants | Case: 3:12-cv-01935-MEJ<br><br>PLAINTIFF'S NOTICE OF DISMISSAL OF BANKRUPT DEFENDANT GMAC MORTGAGE, LLC ONLY; [~~Proposed~~] ORDER<br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

TO ALL PARTIES AND TO THIS HONORABLE COURT:

    Plaintiff SKANDAPRIYA GANESAN hereby requests that the Complaint as against Defendant Debtor GMAC Mortgage, LLC, be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), prior to the filing of an Answer or Motion for Summary Judgment, each party to bear its own costs and fees.


Dated: August 16, 2012          Yesk Law


                                /s/ Michael Yesk
                                _____
                                Michael Yesk, Attorney for Plaintiff



NOTICE OF DISMISSAL OF GMAC MORTGAGE, LLC ONLY [Proposed] ORDER

- 1

### [PROPOSED] ORDER

Based on the Plaintiffs' request pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and good cause appearing,

**IT IS ORDERED** that:

The case is dismissed as against Defendant GMAC Mortgage, LLC ONLY, without prejudice, each side to bear its own costs and fees.

Dated: August _16_, 2012

_____
Honorable Maria-Elena James
Chief Magistrate Judge of the United States District Court,
Northern District of California