1  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
2  MEGAN C. KELLY (State Bar No. 251293)
   mck@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendants
7  MORTGAGE ELECTRONIC REGISTRATION
   SYSTEMS, INC.; and WELLS FARGO BANK,
8  N.A. AS TRUSTEE FOR HARBORVIEW
   MORTGAGE LOAN TRUST MORTGAGE
9  LOAN PASS-THROUGH CERTIFICATES,
   SERIES 2006-10
10

11                 UNITED STATES DISTRICT COURT

12        NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

13

14 | SKANDAPRIYA GANESAN,                          | Case No. C12-01935-MEJ
15 |             Plaintiff,                        | [~~PROPOSED~~] **JUDGMENT OF DISMISSAL**
16 |     vs.                                       |
17 | GMAC MORTGAGE, LLC, MORTGAGE                   | The Hon. Maria-Elena James
   | ELECTRONIC REGISTRATION SYSTEMS,               | Chief United States Magistrate Judge
18 | INC.; WELLS FARGO BANK, N.A., AS              |
   | TRUSTEE FOR HARBORVIEW                         |
19 | MORTGAGE LOAN PASS-THROUGH                     |
   | CERTIFICATES, SERIES 2006-10,                  |
20 |                                                |
   |             Defendants.                        |
21

22

23

24

25

26

27

28

1   Plaintiff Skandapriya Ganesan ("Complaint") filed a Complaint on April 18, 2012
2  ("Complaint").  On August 31, 2012, Defendants Mortgage Electronic Registration Systems, Inc.
3  and Wells Fargo Bank, N.A. ("Defendants")[1] filed a Motion to Dismiss the Complaint.  (Dkt Nos.
4  12, 13.)  Plaintiff filed a Response to the Motion to Dismiss on October 1, 2012.  (Dkt Nos. 22, 23,
5  24.)  On October 11, 2012, Defendants filed a Reply to Plaintiffs' Response to the Motion to
6  Dismiss.  (Dkt Nos. 26, 27.)

7   On October 15, 2012, the Court issued an Order vacating the November 1, 2012 hearing on
8  Defendants' Motion to Dismiss and granting Defendants' Motion to Dismiss without leave to
9  amend.  (Dkt No. 28.)

10   IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the Court's October 15,
11 2012 Order granting Defendants' Motion to Dismiss without leave to amend, a final judgment of
12 dismissal is hereby entered against Plaintiff and in favor of Defendants.

13   JUDGMENT IS SO ENTERED.

14 DATED: Nov. 6    , 2012

_____
The Hon. Maria-Elena James
Chief United States Magistrate Judge

---

[1] Plaintiff filed a Notice of Voluntary Dismissal of GMAC Mortgage, LLC on August 16, 2012. (Dkt. No. 10.)  Also on August 16, 2012, the Court issued an Order dismissing Defendant GMAC Mortgage, LLC without prejudice.  (Dkt No. 11.)