1   MARY KATE SULLIVAN (State Bar No. 180203)
    mks@severson.com
2   MEGAN C. KELLY (State Bar No. 251293)
    mck@severson.com
3   SEVERSON & WERSON
    A Professional Corporation
4   One Embarcadero Center, Suite 2600
    San Francisco, California 94111
5   Telephone: (415) 398-3344
    Facsimile: (415) 956-0439
6
    Attorneys for Defendants
7   MORTGAGE ELECTRONIC REGISTRATION
    SYSTEMS, INC.; and WELLS FARGO BANK,
8   N.A. AS TRUSTEE FOR HARBORVIEW
    MORTGAGE LOAN TRUST MORTGAGE
9   LOAN PASS-THROUGH CERTIFICATES,
    SERIES 2006-10
10

11                  UNITED STATES DISTRICT COURT

12        NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

13

14  SKANDAPRIYA GANESAN,                    Case No. C12-01935-MEJ

15              Plaintiff,                  [PROPOSED] JUDGMENT OF
                                            DISMISSAL
16        vs.
                                            The Hon. Maria-Elena James
17  GMAC MORTGAGE, LLC, MORTGAGE            Chief United States Magistrate Judge
    ELECTRONIC REGISTRATION SYSTEMS,
18  INC.; WELLS FARGO BANK, N.A., AS
    TRUSTEE FOR HARBORVIEW
19  MORTGAGE LOAN PASS-THROUGH
    CERTIFICATES, SERIES 2006-10,
20
                Defendants.
21

22

23

24

25

26

27

28

1     Plaintiff Skandapriya Ganesan ("Complaint") filed a Complaint on April 18, 2012

2  ("Complaint").  On August 31, 2012, Defendants Mortgage Electronic Registration Systems, Inc.

3  and Wells Fargo Bank, N.A. ("Defendants")[1] filed a Motion to Dismiss the Complaint.  (Dkt Nos.

4  12, 13.)  Plaintiff filed a Response to the Motion to Dismiss on October 1, 2012.  (Dkt Nos. 22, 23,

5  24.)  On October 11, 2012, Defendants filed a Reply to Plaintiffs' Response to the Motion to

6  Dismiss.  (Dkt Nos. 26, 27.)

7     On October 15, 2012, the Court issued an Order vacating the November 1, 2012 hearing on

8  Defendants' Motion to Dismiss and granting Defendants' Motion to Dismiss without leave to

9  amend.  (Dkt No. 28.)

10     IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the Court's October 15,

11  2012 Order granting Defendants' Motion to Dismiss without leave to amend, a final judgment of

12  dismissal is hereby entered against Plaintiff and in favor of Defendants.

13     JUDGMENT IS SO ENTERED.

14  DATED:  Nov. 6    , 2012

15

16

17  _____
    The Hon. Maria-Elena James
    Chief United States Magistrate Judge

18

19

20

21

22

23

24

25

26

---

[1] Plaintiff filed a Notice of Voluntary Dismissal of GMAC Mortgage, LLC on August 16, 2012.
(Dkt. No. 10.)  Also on August 16, 2012, the Court issued an Order dismissing Defendant GMAC
Mortgage, LLC without prejudice.  (Dkt No. 11.)